**IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

**Date:  June 1, 2007**

Courtroom Deputy: Ginny Kramer
Court Reporter:   Suzanne Claar
Probation Officer: Tom Destito

---

**Criminal Case No.  05-cr-00325-REB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes |
| v. | |
| 8.     DANIELLE MOYA, | Stephen Alonzi |
|           Defendant. | |

---

**SENTENCING MINUTES**

---

**9:07 a.m.     Court in session.**

The Defendant is present in Court (on bond).

The Court's opening remarks.

The record shall reflect that the Court met with counsel prior to the commencement of these proceedings in chambers.

Pursuant to 18 U.S.C. § 3352 and F.R.Cr.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the defendant informs the Court that he has read and discussed the presentence report with the defendant.

Defendant's counsel made a statement on behalf of the defendant, offered information in mitigation of her punishment and commented on the probation officer's determinations and other matters affecting sentence.

Statement to the court by the defendant.

The Court has considered all relevant matters of fact and law, including the following:

1. The nature and circumstances of the offense for which the defendant is being sentenced.
2. The history and characteristics of the offender.
3. The authorized sentences under 18 U.S.C. § 3551.
4. The presentence report and addendum.
5. The advisory sentence guidelines.
6. The factors to be considered in imposing sentence pursuant to 18 U.S.C. § 3553(a)(2).
7. The position of the government, the defendant, and the probation department.

The Court enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**It was ordered as follows:**

1. That the plea agreement of the parties as stipulated in Court's Exhibits 1 and 2 is formally approved.

2. That the Defendant's Motion for Departure *for a Downward Variance* [#347] filed May 17, 2007, is **granted.** That the Defendant's First Motion to Supplement [347] Motion for Departure *for a Downward Variance from Advisory Guidelines Range Sentence* [#348] filed May 23, 2007, is **denied as moot.** That the Government's Motion to Dismiss [#353] filed May 30, 2007, is **granted**, provided furthermore, that the Indictment, as to defendant Danielle Moya only is **dismissed with prejudice**. That the Government's Motion for Downward Departure Pursuant to 5K1.1 *of the Sentencing Guidelines* [#354] filed May 30, 2007, is **granted.** That the Government's Motion for Decrease for Acceptance of Responsibility [#355] is **granted**.

3. That judgment of conviction under Fed.R.Crim.P 32(k) is entered on Count One of the Information.

4. That pursuant to 18 U.S.C. § 3583, the defendant is now placed on supervised probation for a term of **three (3) years**, as to count one of the Information, commencing immediately, during which time the defendant

        shall be subject to the jurisdiction of the court and the probation department.

5. That while on supervised probation, the defendant shall comply with all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. §3583(d) and USSG §5D1.3(a).

6. That while on supervised probation, the defendant shall comply with all standard conditions of supervised release in effect throughout this district as imposed by the court.

7. That while on supervised release, the defendant shall comply with the following explicit or special conditions of supervised probation:

   - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where she may be during the term of her supervised probation;

   - that the defendant shall not possess or use illegally controlled substances;

   - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

   - that the defendant shall cooperate in the collection of a sample of her DNA;

   - that defendant shall submit to one drug test within fifteen days from this date, as directed by the probation department, and thereafter, to a least two periodic tests for the use of controlled substances as directed and determined by the court;

   - that the defendant, at her own expense unless indigent, shall undergo a mental health evaluation and thereafter, at her expense, receive any treatment, therapy, counseling, testing, or education prescribed by the evaluation or as directed by the probation department or as ordered by the Court;

   - that the defendant shall abstain from the use of alcohol and other intoxicants during the course of any such treatment, therapy, counseling, testing, or education;

3

- ` • that the defendant shall be subject to in-home detention for a term of **four (4) months**, to commence not later than twenty-one (21) days from this date, provided furthermore, as follows:

- • that this home detention shall be secured by electronic monitoring as arranged, coordinated, implemented and directed by the probation department, having the full and complete cooperation of the defendant;

- • that the defendant shall remain inside or near her residence at all times unless otherwise approved by her probation officer;

- • that the defendant shall maintain a telephone system which will facilitate the implementation of the electronic monitoring which is an integral component of her term of in-home detention; and

- • that the defendant , unless indigent, shall be responsible financially for the cost and expense of in-home detention including but not limited to the electronic monitoring.

8  That no fine is imposed.

9.  That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00.

10.  That the mandatory drug-testing provisions of 18 U.S.C. § 3583(d) are imposed.

11.  That immediately following the conclusion of this sentencing hearing, the defendant shall report in person to Probation Officer Mr. Tom Destito, to schedule an appointment and time to read, review, discuss, and sign the conditions of supervised probation now required and ordered by this court.

The Defendant waives formal advisement of appeal.

**9:35 a.m.   Court in recess.**

*Total in court time: 00:28 minutes  - Hearing concluded*